1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7   LORI S. HOLMES,                          )
                                             )
8              Plaintiff,                     )
                                             )   NO.  CV-09-257-CI
9        v.                                   )
                                             )
10   MICHAEL J. ASTRUE,                       )   **JUDGMENT IN A**
     Commissioner of Social Security,         )     **CIVIL CASE**
11                                            )
               Defendant.                     )
12   _____)

13   **DECISION BY THE COURT:**

14          This action came to hearing before the Court.  The issues have been heard and a decision

15   has been rendered.

16   **IT IS ORDERED AND ADJUDGED** that:

17          Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is reversed

18   and remanded to the Commissioner for additional proceedings pursuant to sentence four of 42

19   U.S.C. §405(g)..  Defendant's Motion for Summary Judgment is **DENIED** and Judgment is

20   entered for Plaintiff.

21          DATED: January 14, 2011

22
                                              JAMES R. LARSEN
23                                            District Court Executive/Clerk

24                                            s/ L. Stejskal
                                              Deputy Clerk
25

26

27

28